```
```

Law Office of Stephen Murphy
STEPHEN MURPHY #207102
622 Jackson St.
Fairfield, CA 94533
707-425-3358
707-359-0211 Facsimile

Attorney for Debtor(s) Wendy Graves

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO

In re:

Wendy Graves
XXX-XX-6877

                Debtor.

Case No. 10-26083

DC No.: SNM-1
DATE: APRIL 12, 2010
TIME: 9:00 A.M.
DEPT#: A - COURTROOM 28
HONORABLE JUDGE MCMANUS

**MOTION FOR AN ORDER APPROVING ABANDONMENT OF CERTIFIED REPORTING SERVICES (A SOLE PROPRIETORSHIP)**

TO THE HONORABLE BANKRUPTCY JUDGE,

The Motion of Wendy Graves respectfully represents:

1. Movant filed a voluntary petition for relief under Title 11 of the United States code on March 11, 2010.
2. At the time of the entry of the order for relief debtor was in possession of the following described property: Certified Reporting Services (a sole proprietorship), located at 801 East 2nd St, Suite 102, Benicia, CA 94510, and 101 Lucas Valley Rd, Suite 160, San Rafael, CA 94901, consisting of personal property described on Schedule B and as more particularly described on debtor's declaration filed herewith.
3. The property so described is claimed as exempt by the debtor under CCP 703.140(b)(6) and CCP 703.140(b)(5) and no administration by the trustee is

FILED March 14, 2010 CLERK, U.S. BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA 0002482218

-1-

| | |
|---|---|
| 23 | contemplated. |
| 24 | 4. Movants desire to continue to operate said business during the pending of the bankruptcy proceeding and require an order of abandonment under Bankruptcy |
| 25 | Rule 6007. |

WHEREFORE, Movant prays that the trustee in the above-stated case be required to abandon said personal property and for such other and further relief as is just and proper.

Dated: March 13, 2010

/s/ Stephen Murphy
STEPHEN MURPHY
Attorney for Movant